IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROBERT H. CROWE AND EMMA C. CROWE, | ) ) ) |
| Plaintiffs, | ) ) ) CIVIL ACTION NO. 3:08CV179 |
| vs. | ) ) ) |
| BELLSOUTH TELECOMMUNICATIONS INC., AND STAR CONSTRUCTION, LLC. | ) ) ) |
| Defendants. | ) |

RECEIVED MAR 13 2008 CLERK U.S. DISTRICT COURT MIDDLE DIST. OF ALA.

## NOTICE OF CONSENT TO REMOVAL

COMES NOW, Defendant Bellsouth Telecommunications Inc., by and through its undersigned counsel, and gives notice to the Court that it consents to the removal of this case to the United States District Court for the Middle District of Alabama, filed by Star Construction, LLC.

_____
Jeffrey E. Holmes

OF COUNSEL:

**Johnston Barton Proctor & Rose LLP**
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, AL 35209
Telephone:   (205) 458-9400
Facsimile:   (205) 458-9500

W0636812.DOC