IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROBERT H. CROWE AND<br>EMMA C. CROWE,<br><br>    Plaintiffs,<br><br>vs.<br><br>BELLSOUTH TELECOMMUNICATIONS,<br>INC. AND STAR CONSTRUCTION LLC,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.<br>) CV-08-179<br>)<br>)<br>)<br>) |

## ANSWER OF DEFENDANT, BELLSOUTH TELECOMMUNICATIONS, INC. D/B/A AT&T ALABAMA

The defendant, BellSouth Telecommunications, Inc. d/b/a AT&T Alabama hereby answers the plaintiffs' Complaint as follows:

1. This defendant is without information sufficient to form a belief about the truth of the averments of paragraph 1 of plaintiffs' Complaint.

2. This defendant is without information sufficient to form a belief about the truth of the averments of paragraph 2 of plaintiffs' Complaint.

3. This defendant is without information sufficient to form a belief about the truth of the averments of paragraph 3 of plaintiffs' Complaint except admit that defendant does business with Star Construction LLC as a contractor for certain services.

4. Deny.

5. Deny.

This defendant asserts the following affirmative defenses separately and severally:

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

The damages claimed are speculative and conjectural.

### THIRD DEFENSE

The damages claimed are not based on the measure of damages allowable for trespass.

### FOURTH DEFENSE

Plaintiffs' claims are barred by laches.

### FIFTH DEFENSE

Plaintiffs' claims are barred by the doctrine of estoppel.

### SIXTH DEFENSE

This defendant's actions were undertaken in good faith based on a reasonable belief that its actions were lawful. This defendant's actions were

not wanton, reckless, rude, insulting or done with knowledge that any property rights of the plaintiffs were being violated.

## SEVENTH DEFENSE

Plaintiffs' claims are barred by the applicable statutes of limitation.

## EIGHTH DEFENSE

The plaintiffs' claims are within the exclusive jurisdiction of the Alabama Public Service Commission.

## NINTH DEFENSE

Plaintiffs have failed to exhaust their remedies before the Alabama Public Service Commission.

## TENTH DEFENSE

The proximate cause of the injuries and damages alleged in the plaintiffs' Complaint was not due to any act or omission of this defendant.

## ELEVENTH DEFENSE

This defendant is not guilty of any act or omission that would entitle plaintiffs to recover compensatory damages.

## TWELFTH DEFENSE

Plaintiffs cannot establish the elements of a cause of action for trespass.

## THIRTEENTH DEFENSE

This defendant is not guilty of any act or omission that would entitle plaintiffs to recover punitive damages.

_____
JEFFREY E. HOLMES
COUNSEL FOR DEFENDANT,
BELLSOUTH TELECOMMUNICATIONS, INC.
d/b/a AT&T ALABAMA


OF COUNSEL:

JOHNSTON BARTON PROCTOR & ROSE LLP
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, Alabama 35209
Telephone:  (205) 458-9472
Facsimile:   (205) 458-9500

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing Answer upon all counsel of record in this cause by placing a copy of same in the United States mail, first-class postage prepaid, addressed as follows on this the 20th day of March, 2008:

> Mr. Sam Ingram
> Carpenter, Ingram & Mosholder, LLP
> 303 Sterling Centre
> 4121 Carmichael Road
> Montgomery, Alabama 36106
>
> Mr. Sam E. Loftin
> Attorney at Law
> P. O. Box 2566
> Phenix City, Alabama 36868

_____
OF COUNSEL