**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **ROBERT H. CROWE & EMMA C. CROWE** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 3:08-CV-179** |
| | ) | |
| **STAR CONSTRUCTION LLC & BELLSOUTH** | ) | |
| **TELECOMMUNICATIONS, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW BELLSOUTH TELECOMMUNICATIONS, INC., a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☒ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| BellSouth Corporation | PARENT COMPANY |
| (AT&T Inc. is the parent company of BellSouth Corporation. AT&T Inc. is a Delaware Corporation that is not qualified to do business in Alabama) | |

| | |
|---|---|
| April 1, 2008 | /s/ Jeffrey E. Holmes |
| Date | Counsel Signature |
| | |
| | BellSouth Telecommunication, Inc. |
| | Counsel for (print names of all parties) |
| | |
| | 569 Brookwood Village, Suite 901 |
| | Birmingham, Alabama 35209 |
| | Address, City, State Zip Code |
| | |
| | (205) 458-9472 |
| | Telephone Number |

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

**<u>CERTIFICATE OF SERVICE</u>**

I do hereby certify that on April 1, 2008, I electronically filed the foregoing with the Clerk of the Court which sends information of such filing to counsel of record in this cause and those not registered with electronic notification have been served placing a copy of the same in the U.S. mail, postage prepaid, and properly addressed this 1st day of April 2008.

<u>Sam Ingram, Esq.</u>
<u>4121 Carmichael Road, Suite 303</u>
<u>Montgomery, Alabama 36106</u>

<u>Sam E. Loftin, Esq.</u>
<u>Counsel for Plaintiff</u>
<u>P.O. Box 2566</u>
<u>Phenix City, Alabama 36868</u>

<u>April 1, 2008</u>                    <u>/s/ Jeffrey E. Holmes</u>
Date                                    Signature

W0639367.DOC