IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROBERT H. CROWE and<br>EMMA C. CROWE,<br><br>      Plaintiffs,<br><br>Vs.<br><br>BELLSOUTH TELECOMMUNICATIONS,<br>INC. and STAR CONSTRUCTION, LLC,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO. 3-08-cv-00179-WC<br>)<br>)<br>)<br>)<br>) |

## CONFLICT DISCLOSURE STATEMENT

COME NOW ROBERT H. CROWE and EMMA C. CROWE, Plaintiffs in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    The Plaintiffs are individuals.

April 2, 2008                          /s/ Sam E. Loftin
Date                                    Counsel Signature

                                             Robert H. Crowe and Emma C. Crowe
                                             Counsel For (Print Names of All Parties)

                                             P. O. Box 2566
                                             Phenix City, Alabama  36868-2566
                                             Address, City, State Zip Code

                                             (334) 297-1870
                                             Telephone Number

## **CERTIFICATE OF SERVICE**

      I do hereby certify that I have on this 2nd day of April, 2008 served a copy of the within and foregoing by placing a copy of same in the United States Mail with sufficient postage attached thereto upon the following:

Mr. Sam Ingram
Carpenter, Ingram & Mosholder, LLP
Attorneys at Law
303 Sterling Centre – Suite 303
4121 Carmichael Road
Montgomery, Alabama  36106

Mr. Jeffery E. Holmes
Johnston, Barton Proctor & Rose, LLP
Attorneys at Law
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, Alabama  35209

                                              /s/ Sam E. Loftin
                                        SAM E. LOFTIN
                                        OF COUNSEL FOR PLAINTIFFS