**STRICKEN FROM THE DOCKET**

**CONSENT -   DOCUMENT 14**

**FILED IN ERROR**