IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROBERT H. CROWE, *et al.*, | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:08cv179-WC |
| | ) |
| BELLSOUTH TELECOMMUNICATIONS, | ) |
| INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

04/24/2008
DATE

SIGNATURE

Plaintiff
COUNSEL FOR (print name of all parties)
P. O. Box 2566
Phenix City, AL 36868-2566
ADDRESS, CITY, STATE, ZIP CODE

334-297-1870
TELEPHONE NUMBER

3

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 29th day of April, 2008 served a copy of the within and foregoing by placing a copy of same in the United States Mail with sufficient postage attached thereto upon the following:

Mr. Sam Ingram
Carpenter, Ingram & Mosholder, LLP
Attorneys at Law
303 Sterling Centre – Suite 303
4121 Carmichael Road
Montgomery, Alabama  36106

Mr. Jeffery E. Holmes
Johnston, Barton Proctor & Rose, LLP
Attorneys at Law
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, Alabama  35209

_____
SAM E. LOFTIN
OF COUNSEL FOR PLAINTIFFS