IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROBERT H. CROWE and EMMA C. CROWE, <br><br> Plaintiffs, <br><br> v. <br><br> BELLSOUTH TELECOMMUNICATIONS, INC., *et al.,* <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> CIVIL ACTION NO. <br> 3:08cv179-WC |

RECEIVED
2008 APR 30  A 11: 30
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## CONSENT TO JURISDICTION BY A
## UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

DATED: April 29, 2008

/s/ Jeffrey E. Holmes
JEFFREY E. HOLMES
COUNSEL FOR DEFENDANT,
BELLSOUTH TELECOMMUNICATIONS, INC.,
d/b/a AT&T ALABAMA

SCANNED

OF COUNSEL:

JOHNSTON BARTON PROCTOR & ROSE LLP
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, Alabama 35209-4501
Telephone: (205) 458-9472
Facsimile:  (205) 458-9500

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Consent to Jurisdiction by a United States Magistrate Judge upon all counsel of record in this cause by placing a copy of same in the United States mail, first-class postage prepaid, addressed as follows, and via email on this the 29th day of April, 2008:

    Samuel Eugene Loftin, Esq.
    Loftin, Loftin & Hall
    P. O. box 2566
    Phenix City, Alabama 36868-2566
    Email: selpclaw@aol.com

    Samuel Marvin Ingram, Esq.
    Carpenter, Prater, Ingram & Mosholder LLP
    4121 Carmichael Road, Suite 303
    Montgomery, Alabama 36106
    Email: singram@carpenterfirm.com

_____
OF COUNSEL