IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROBERT H. CROWE AND EMMA C CROWE, <br><br>  Plaintiffs, <br><br> vs. <br><br> BELLSOUTH TELECOMMUNICATIONS INC., and STAR CONSTRUCTION, LLC. <br><br> Defendants. | ) ) ) ) ) ) CIVIL ACTION NO.__3:08-cv-00179-WC ) ) ) ) ) ) ) |

## REPORT OF PARTIES' PLANNING MEETING

1.  Pursuant to Fed.R.Civ.P. 26(f), a meeting of the parties' representatives was held on <u>May 6, 2008</u>, in **Phenix City, Alabama**, with participation by the following:

    a.  Appearing on behalf of Plaintiff: SAMUEL LOFTIN.

    b.  Appearing on behalf of Defendant, Star Construction: SAMUEL INGRAM.

    c.  Conferring on behalf of Defendant BellSouth Telecommunications, Inc.: JEFFREY HOLMES.

2.  **Parties**

    a.  The plaintiffs request that the Court permit them until **July 30, 2008,** to join any additional parties. Plaintiff request this amount of time to permit them to at least review the Defendant's responses to the written discovery requests prior to deciding whether to join additional parties. The Defendant requests that the Plaintiffs shall have until **July 30, 2008,** to join any additional parties.

    b.  The parties agree that the defendants shall have until **August 15, 2008,** to join any additional parties.

3. **Pleadings**

   a. The plaintiffs request that the Court permit them until **August 30, 2008,** to amend the pleadings. Plaintiff requests this amount of time to permit them to at least review the Defendants' responses to the written discovery requests prior to deciding whether to amend their pleadings. The Defendant requests that the Plaintiff shall have until **August 30, 2008,** to amend the pleadings.

   b. The parties agree that the defendant shall have **30 days after the Plaintiff,** to amend the pleadings.

4. **Dispositive Motions**

   a. All potentially dispositive motions must be filed by **March 15, 2008.**

5. **Expert testimony**

   Unless modified by stipulation of the parties, the disclosure of expert witnesses – including a complete report under Fed.R.Civ.P. 26(a)(2)(B) from any specially retained or employed expert – are due:

   a. From the Plaintiff by **August 30, 2008**, and put up for deposition by September 30, 2008.

   b. From the Defendant by **October 30, 2008,** and put up for deposition by November 30, 2008.

6. **Discovery Limitations and Cutoffs**

   a. Unless modified by stipulation of the parties.

   Depositions:

   Maximum of **6** depositions for the plaintiff and **6** depositions for each defendant with a maximum time limit of **7** hours per deposition, unless extended by agreement of the parties.

   Interrogatories:

   Maximum of **40** for the plaintiff and **40** for the defendant. Responses to all Interrogatories are due **30** days after service.

   Request for Admission:

        Maximum of **40** for the plaintiff and **40** for the defendant. Responses to all Requests for Admissions are due  **30** days after service.
Request for Production:

        Maximum of **40** for the plaintiff and **40** for the defendant. Response to all Requests for Production are due  **30**  days after service.

        Supplementation:

        Supplements under Rule 26(e), Fed.R.Civ.P. are due as soon as supplements are discovered and no later than  **30**  days before the close of discovery.

    b.    Pre-discovery disclosure: The parties will exchange the information required by Local Rule 26.1(a)(1) by **May 21, 2008**.

    c.    Unless modified by court order for good cause shown, all discovery must be commenced in time to be completed by **February 25, 2009.**

7. **Pre-trial conference**

    This case is set for pretrial conference on _____, in _____, Alabama.

8. **Trial**

    This case is set for jury trial on _____, at _____. in _____, Alabama.

    Trial is expected to last **2** days.

9. **Final Lists**

    Final lists of trial witnesses and exhibits under Fed.R.Civ.P. 26(a)(3) must be served and filed:

    a.    By the plaintiff: **30 days before trial**.

    b.    By the defendant: **30 days before trial**.

    Objections are to be filed within **10** days after receipt of final lists.

10. **Scheduling Conference**

    The parties do not request a scheduling conference prior to the entry of the Scheduling Order.

ATTORNEY FOR DEFENDANTS:
Mr. Samuel Ingram (ING-029)
Carpenter, Ingram & Mosholder, LLP
303 Sterling Centre
4121 Carmichael Road
Montgomery, AL 36106
Telephone: (334) 213-5600
Facsimile: (334) 213-5650

/s/ Samuel Ingram
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on May 14th , 2008, I electronically filed the foregoing with the Clerk of the Court using the U.S. District Court Middle District E-filing System which sends information of such filing to counsel of record in this cause and those not registered with U.S. District Court Middle District E-filing System for electronic notification have been served placing a copy of the same in the U.S. mail, postage prepaid, and properly addressed this 14th day of May, 2008.

Mr. Jeffrey E. Holmes
Counsel For Defendant, Bellsouth
Johnston Barton Proctor & Rose LLP
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, AL 35209
Telephone: (205) 458-9472
Facsimile: (205) 458-9500


ATTORNEY FOR PLAINTIFF
Mr. Sam E. Loftin
P.O. Box 2566
Phenix City, AL 36868


G:\7022\Pleading\5.8.08Report.Parties.Planning.meeting