IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROBERT H. CROWE, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:08cv179-WC |
| | ) |
| BELLSOUTH TELECOMMUNICATIONS, | ) |
| INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

# ORDER

For good cause, it is

ORDERED that the scheduling conference currently set for 21 May 2008, is **rescheduled for 22 May 2008, at 8:30 a.m.** in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama before the undersigned Magistrate Judge.

DONE this 19th day of May, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE