IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROBERT H. CROWE AND EMMA C CROWE, | ) ) ) |
| Plaintiffs, | ) ) ) CIVIL ACTION NO._3:08-cv-00179WC |
| vs. | ) ) ) |
| BELLSOUTH TELECOMMUNICATIONS INC., and STAR CONSTRUCTION, LLC. | ) ) ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

COMES now Brian Mosholder and informs the Court of his appearance in this action as counsel for the defendant Star Construction, LLC, and requests that the Clerk of Court and all counsel of record serve copies of all future pleadings and documents on him.

/s/ Brian Mosholder
BRIAN MOSHOLDER (MOS-018)
Attorney for Defendant, Star Construction, LLC

OF COUNSEL:
Carpenter, Ingram & Mosholder, LLP
303 Sterling Centre
4121 Carmichael Road
Montgomery, AL 36106
Telephone: (334) 213-5600
Facsimile:  (334) 213-5650

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on May 21<u>st</u> , 2008, I electronically filed the foregoing with the Clerk of the Court which sends information of such filing to counsel of record in this cause and those not registered with electronic notification have been served placing a copy of the same in the U.S. mail, postage prepaid, and properly addressed this <u>21</u><u>th</u> day of May, 2008.

Mr. Sam E. Loftin
Counsel for Plaintiff
P.O. Box 2566
Phenix City, AL 36868

Jeffrey E. Holmes
Counsel For Defendant, Bellsouth
Johnston Barton Proctor & Rose LLP
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, AL 35209
Telephone: (205) 458-9472
Facsimile: (205) 458-9500

                                          /s/Brian Mosholder
                                          ATTORNEY FOR DEFENDANT,
                                          Star Construction, LLC

G:\7022\Pleading\5.21.08notice.of.appearance