IN THE UNITED STATES DISTRICT COURT
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROBERT H. CROWE, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. |
| | ) 3:08cv179-WC |
| BELLSOUTH TELECOMMUNICATIONS, | ) |
| INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW

Comes now Jeffrey E. Holmes, counsel for defendant, BellSouth Telecommunications, Inc. ("BellSouth"), and moves this Honorable Court to enter an Order allowing counsel to withdraw as attorney of record for defendant, BellSouth. As grounds for said motion, counsel states that the defendant, Star Construction, LLC, has agreed to assume the defense of this case on behalf of defendant, BellSouth, and attorneys with the law firm of Carpenter, Ingram & Mosholder, LLP, will be representing BellSouth.

RESPECTFULLY SUBMITTED,

*s/ Jeffrey E. Holmes*
_____
JEFFREY E. HOLMES (HOL014)
COUNSEL FOR DEFENDANT,
BELLSOUTH TELECOMMUNICATIONS, INC.

OF COUNSEL:

JOHNSTON BARTON PROCTOR & ROSE LLP
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, Alabama 35209
Telephone: (205) 458-9472
Facsimile: (205) 458-9500
Email: jeh@johnstonbarton.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above and foregoing Motion to Withdraw upon all counsel of record in this cause, whose addresses are reflected below, via the Court's electronic filing system on this the 22nd day of May, 2008:

        Samuel Eugene Loftin, Esq.
        Loftin, Loftin & Hall
        P.O. Box 2566
        Phenix City, Alabama 36868-2566
        Facsimile: 334-291-7887

        Samuel Marvin Ingram, Esq.
        Carpenter, Ingram & Mosholder, LLP
        4121 Carmichael Road, Suite 303
        Montgomery, Alabama 36106
        Facsimile: 334-213-5650

        Brian Taggart Mosholder, Esq.
        Carpenter, Ingram & Mosholder, LLP
        3320 Skyway Drive, Suite 806
        Opelika, Alabama 36801
        Facsimile: 334-321-0885

        *s/ Jeffrey E. Holmes*
        ―――――――――――――――
        OF COUNSEL