IN THE UNITED STATES DISTRICT COURT
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

ROBERT H. CROWE, *et al.*,   )
                             )
    Plaintiffs,              )
                             )
vs.                          ) CIVIL ACTION NO.
                             ) 3:08cv179-WC
BELLSOUTH TELECOMMUNICATIONS,)
INC., *et al.*,              )
                             )
    Defendants.              )

## MOTION TO WITHDRAW

Comes now Jeffrey E. Holmes, counsel for defendant, BellSouth Telecommunications, Inc. ("BellSouth"), and moves this Honorable Court to enter an Order allowing counsel to withdraw as attorney of record for defendant, BellSouth. As grounds for said motion, counsel states that the defendant, Star Construction, LLC, has agreed to assume the defense of this case on behalf of defendant, BellSouth, and attorneys with the law firm of Carpenter, Ingram & Mosholder, LLP, will be representing BellSouth.

RESPECTFULLY SUBMITTED,

s/ *Jeffrey E. Holmes*
_____
JEFFREY E. HOLMES (HOL014)
COUNSEL FOR DEFENDANT,
BELLSOUTH TELECOMMUNICATIONS, INC.

**MOTION GRANTED**
THIS 22nd DAY OF May, 2008
_____
UNITED STATES MAGISTRATE JUDGE